Certificate Number: 13858-PAM-DE-033278155

Bankruptcy Case Number: 19-02180


13858-PAM-DE-033278155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2019, at 10:07 o'clock AM EDT, Ross Shively Walker completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  August 20, 2019  By:  /s/Nicholas Vazquez

Name:  Nicholas Vazquez

Title:  Counselor