```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 19-02180-HWV
Ross Shively Walker                                                  Chapter 7
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: admin              Page 1 of 1              Date Rcvd: Sep 17, 2019
                               Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db              #+Ross Shively Walker,    PO Box 542,    Riverside, PA 17868-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                           Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United
               Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Ross Shively Walker karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ross Shively Walker,                 Chapter     7

    **Debtor 1**

                                             Case No.     1:19–bk–02180–HWV

Social Security No.:
                 xxx–xx–1584

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                               **Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

                                                                    BY THE COURT

Dated: September 16, 2019                          By the Court,

                                                                    *[signature]*

                                                                  Honorable Henry W. Van Eck
                                                                  United States Bankruptcy Judge
                                                                  By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)